hunting them upon Perkins. All parties agreed to the setting of the stones but Perkins, who said he would not agree unless they were put in the right place. Caleb Perkins said he would spend both his hands full of white money before it should be a line for him.

Verdict for defendant.

## NEGRO CHARLES v. JOHN COCHRAN and RICHARD HODGSON.

Court of Common Pleas. New Castle. May, 1796.

*Rodney's Notes.*

*George Read* [for plaintiff].

John Watster. Robert Maxwell, in 1788, hired Charles of John Cochran, who lived on old Mr. Carnan's place. I always understood he got him of Jacob Ozier, near Drawyers. In February, 1793, Charles left me—I was Maxwell's overseer—and went to Richard Hodgson.

On motion, petitioner [granted] leave to withdraw his petition, not having evidence to support it.

## NANCY, a Mulatto Woman, and DAVID, her Son, v. JAMES HART.

Court of Common Pleas. New Castle. May, 1796.

*Rodney's Notes.*

*George Read* [for plaintiffs]. *Rodney, Vandyke* [for defendant].

Isaac Almond. Nancy belonged originally to my wife. In March 10, 1789, I rented a farm of Mr. Thompson in Cecil County. Took her with us. Stayed two weeks. I told her if she was willing to stay five years she should be free. She chose to come into the state. I let her come in. She stayed five months. My wife came in to prevail on her to come home again. I then agreed to sell her in Delaware. Did sell her and her son David to James Hart for £40. She would not return but went to Mr. Redden and then sold her to Almond. I married in 1788 to Miss Redden, my third wife. Hart had her two years before sheriff's sale, when she was sold to Mr. Loyd, who lives in Maryland. James Hart also lives in Maryland. I lived five years in Maryland.

*G. Read.* 1783, Chapter 23, Maryland Laws, prohibits any slaves being brought into the state except by persons coming in to reside.

The Court consider that the petitioner be set free and entitled etc.

---

### NATHANIEL PHILLIPS and JULIAN, his Wife, v. ARTHUR FRENCH and REBECCA, his Wife.

Court of Common Pleas. New Castle. May, 1796.

*Rodney's Notes.*

*Bayard* for plaintiff. *Vandyke* and *Rodney,* for defendant.

The following words charged, to wit; on September 22, 1794, "Go and play the whore again." November 20, 1794, "Do not mind her, she is drunk, the drunken bitch."

Mary Clarks. Deposition read. Says on June 23, 1794 lived with Julian Phillips. Rebecca French called Julian Phillips a drunken whore. Witness always thought a chaste and sober woman.

Sarah Stidham. Mrs. [French] said of Mrs. Phillips she was a public whore and a private whore, I heard her say to Mrs. Phillips go and play the whore. I lived in the neighborhood. She called